WINNIE PIPELINE V. HARRINGTON

NO. 07-04-0453-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 6, 2004

______________________________

GCT ENTERPRISES, INC.,

Appellant

v.

McSTRATFORD PLACE, LTD.,

Appellee

_________________________________

FROM THE 99th DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2003-521,759; HON. MACKEY HANCOCK, PRESIDING

_______________________________

On Motion to Dismiss

_______________________________

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

GCT Enterprises, Inc., appellant, and McStratford Place, Ltd., appellee, by and through its attorneys, have filed a motion to dismiss this appeal because the parties have fully compromised and settled all issues in dispute and neither desire to pursue the appeal.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at the parties’ request, no motion for rehearing will be entertained, and our mandate will issue forthwith.   

Brian Quinn

   Justice